**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

                              **Case No. 2:17-cr-181**

      **v.**                         **JUDGE EDMUND A. SARGUS, JR.**

**CHUCKY SCOTT,**

      **Defendant.**

## **ORDER**

This matter is before the Court on the Defendant's motion to amend his sentencing memorandum. (ECF No. 42)

The motion to amend is GRANTED. Defense counsel shall file its amended sentencing memorandum no later than December 7, 2022.

**IT IS SO ORDERED.**

**12/7/2022**                         **s/Edmund A. Sargus, Jr.**
**DATE**                                  **EDMUND A. SARGUS, JR.**
                                        **UNITED STATES DISTRICT JUDGE**